ATTORNEY GRIEVANCE COMMISSION         *      IN THE
OF MARYLAND                              *      COURT OF APPEALS

                                  *      OF MARYLAND

      Petitioner                   *

                                  *

v.                                  *      Misc. Docket AG

                                  *      No. 23

BARRY JOHN NACE                   *      September Term, 2014

                                  *

      Respondent                 *

*************************************

ORDER

This matter having come before the Court upon the filing, under Rule 16-773, of a Petition for Disciplinary or Remedial Action, with attached certified copy of a mandate entered October 25, 2013 and opinion filed March 28, 2013 whereby the Supreme Court of Appeals of West Virginia ordered the suspension of the Respondent from practicing law in West Virginia for a period of 120 days, commencing on October 25, 2013; and

WHEREAS, this Court having issued a show cause order requesting the parties to show cause, in writing, why corresponding discipline should not be imposed by this Court and responses having been filed thereto by Bar Counsel and Respondent, it is this 28th day of August, 2014

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that Barry John Nace be, and he is hereby, suspended from the practice of law in the State of Maryland for a period of 120 days, commencing *nunc pro tunc* on October 25, 2013, the date the Respondent was suspended by the Supreme Court of Appeals of West Virginia, and ending on February 22, 2014, and it is further

ORDERED, that the period of suspension having expired and Respondent having, under oath, swore that he did not practice law in Maryland during this period, Respondent is hereby reinstated to the Bar of Maryland, *nunc pro tunc*, as of February 22, 2014, and it is further

ORDERED, pursuant to Rule 16-723 (e), the Clerk of this Court shall notify the required authorities of said sanction of Respondent.

/s/ Mary Ellen Barbera
Chief Judge